## UNITED STATES of America, Appellant,

v.

## George WOOD and Cora M. Wood, Appellees.

## No. 22255.

United States Court of Appeals
Fifth Circuit.

Nov. 15, 1965.

Macon L. Weaver, U. S. Atty., Birmingham, Ala., Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Norman Wolfe, Thomas Stapleton, Donald W. Williamson, Attys. Dept. of Justice, Washington, D. C., Richard M. Roberts, Acting Asst. Atty. Gen., Harry Baum, Atty., Dept. of Justice, Washington, D. C., E. Ray Acton, Asst. U. S. Atty., of counsel, for appellant.

E. M. Friend, Jr., Harold I. Apolinsky, Birmingham, Ala., Sirote, Permutt, Friend & Friedman, Birmingham, Ala., for appellees.

Before MARIS,* RIVES and BELL, Circuit Judges.

PER CURIAM:

In directing a verdict for the taxpayers, the district court recognized that it was deciding directly contrary to the opinion and decision of the Sixth Circuit in Key Homes, Inc. v. Commissioner of Internal Revenue, 6 Cir. 1959, 271 F.2d 280. George Wood owned 50% of the stock of Bama Homes. The district court reasoned that the present controversy is not controlled by Commissioner of Internal Revenue v. Hansen, 1959, 360 U.S. 446, 79 S.Ct. 1270, 3 L.Ed.2d 1360, because Bama Homes had no contractual guaranty obligation to the financial institution. We do not agree.

As we read the contract (record pp. 122–124), Bama Homes agreed to make a "deposit" of "additional security" with the financial institution in consideration of the granting of a mortgage loan to the purchaser-mortgagor. We agree with the decision of the Sixth Circuit in Key Homes, Inc. v. Commissioner of Internal Revenue, supra.

The judgment of the district court is therefore

Reversed.

## Donald L. TROUP, Plaintiff,

v.

## AMERICAN BITUMULS & ASPHALT COMPANY, a Delaware Corporation, Defendant and Third-Party Plaintiff-Appellant,

v.

## HULL RESURFACING COMPANY, a Corporation, Third-Party Defendant.

## Nos. 15272, 15273.

United States Court of Appeals
Third Circuit.

Argued Oct. 22, 1965.

Decided Nov. 16, 1965.

Kim Darragh, Pittsburgh, Pa., Meyer, Darragh, Buckler, Bebenek & Eck, Pittsburgh, Pa. on the brief), for appellant in both appeals.

John A. DeMay, Pittsburgh, Pa., (McArdle, Harrington, Feeney & McLaughlin, Pittsburgh, Pa. on the brief), for plaintiff-appellee.

Francis P. Massco, Pittsburgh, Pa., for third party defendant-appellee.

Before McLAUGHLIN, FORMAN and GANEY, Circuit Judges.

PER CURIAM.

From our own examination we find no prejudicial error in the trial record of these appeals. The judgments of the district court will be affirmed.

---

* Of the Third Circuit, sitting by designation.